1  EVAN S. COHEN (Bar # 119601)
   ecohen@manifesto.com
2  S. MARTIN KELETI (Bar # 144208)
   keleti@manifesto.com
3  COHEN AND COHEN
   740 North La Brea Avenue
4  Los Angeles, California 90038-3339
   (323) 938-5000 Telephone
5  (323) 936-6354 Facsimile

6  Attorneys for plaintiff
   WIXEN MUSIC PUBLISHING, INC.

7

8

9

10             **United States District Court**
               **Central District of California**
11

12

   | | |
   |---|---|
   | WIXEN MUSIC PUBLISHING, INC. a California corporation, | Civil Case No.  CV08-00112 |
   | Plaintiff, | COMPLAINT FOR COPYRIGHT INFRINGEMENT |
   | v. | **JURY TRIAL DEMANDED** |
   | TWENTIETH CENTURY FOX HOME ENTERTAINMENT LLC, a Delaware limited liability company; KIOS PRODUCTIONS, LLC, a California limited liability company; JIZZY ENTERTAINMENT, a California limited liability company; YARI FILM GROUP, LLC, a California limited liability company; YARI FILM GROUP RELEASING, LLC, a California limited liability company; BOB YARI PRODUCTIONS, a business entity of unknown form; and DOE 1 through DOE 10, inclusive, | |
   | Defendants. | |

   Plaintiff alleges as follows:

# I

## SUBJECT MATTER JURISDICTION

1.     This is an action for copyright infringement arising under the Copyright Act of 1976, as amended, 17 U.S.C. § 101 *et seq.* For this claim, this court has subject matter jurisdiction over this action on the basis of federal question jurisdiction, pursuant to 28 U.S.C. §§ 1331 and 1338(a).

# II

## PARTIES

2.     Plaintiff Wixen Music Publishing, Inc. ("Wixen") is a corporation organized and existing under the laws of the State of California. Wixen's principal place of business is in the County of Los Angeles, State of California. Wixen is a music publishing administrator, who represents the catalog of Stygian Songs ("Stygian"). Stygian is represented exclusively by Wixen. Stygian is a general partnership organized and existing under the laws of the State of Illinois. Stygian's catalog of musical works includes those written by the musical group known as Styx. The adjective "Stygian" refers to Styx, the mythological river after which the musical group is named.

3.     Defendant Twentieth Century Fox Home Entertainment LLC ("Fox") is a limited liability company organized and existing under the laws of the State of Delaware, with its principal place of business in the County of Los Angeles, State of California.

4.     Defendant KIOS Productions, LLC ("KIOS") is a limited liability company organized and existing under the laws of the State of California, with its principal place of business in the County of Los Angeles, State of California.

5.     Defendant Jizzy Entertainment, LLC is a limited liability company organized and existing under the laws of the State of California, with its principal place of business in the County of Los Angeles, State of California.

6.     Defendant Yari Film Group, LLC is a limited liability company organized and existing under the laws of the State of California, with its principal place of business in the County of Los Angeles, State of California.

7.     Defendant Yari Film Group Releasing, LLC is a limited liability company organized and existing under the laws of the State of California, with its principal place of business in the County of Los Angeles, State of California.

8.     Defendant Bob Yari Productions is a business entity of unknown form, and plaintiffs will seek leave of court to amend their complaint to allege its form more precisely when they are able to ascertain it.

9.     Plaintiff sues the defendants identified below as DOE 1 through DOE 10, inclusive, on the grounds that plaintiff is ignorant of the true names and capacities of those fictitiously named defendants. Plaintiff will seek leave to amend this complaint when the true names and capacities of those defendants are ascertained.

10.     Each of the named defendants was the agent, employee, partner, joint venturer, or co-conspirator of each of the other defendants, and was at all times acting within the purpose and scope of said agency, employment, partnership, joint venture, and conspiracy, and each defendant has ratified and approved the acts of the remaining defendants.

### III

### VENUE

11.     Venue is proper in this district pursuant to 28 U.S.C. § 1400(a), in that a defendant or its agents resides or may be found in this district.

Complaint for Copyright Infringement

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## IV

## GENERAL ALLEGATIONS

12.    Stygian Songs is the author of a musical work entitled "Mr. Roboto" (the "Composition"), as the employer for hire of songwriter and Dennis De Young, who at the time was a member of the musical group Styx. Styx has enjoyed a great deal of success, including four consecutive albums certified by the Recording Industry Association of America ("RIAA") as "Multi-Platinum." The Composition was completed in 1982. The Composition first appeared on a Styx album entitled "Kilroy Was Here," released in 1983. The Composition was the first single from that album to be and is one of the greatest hits of Styx, along with such celebrated works as "Come Sail Away," "Babe," and "Lady."

13.    The Composition contains material which is wholly original to its author and is copyrightable subject matter under the Constitution and laws of the United States.

14.    On or about March 4, 1983, Stygian submitted to the Register of Copyrights a completed application for registration, deposit copies, and the applicable fee in order to register the copyright to the Composition. The Register of Copyrights issued a registration for the Composition, number PA 166498, a copy of which is attached as Exhibit A and incorporated by reference.

## V

## FIRST CAUSE OF ACTION FOR

## INFRINGEMENT OF COPYRIGHT

(By Plaintiff against All Defendants)

15.    Plaintiff realleges paragraphs 1 through 14 above, as if fully set forth.

16.    On or about July 24, 2006, Richard Glasser, a representative of KIOS, sent Randall Wixen, a representative of Wixen, a letter denominated "Urgent Film Synch Request" which asked for a quotation for a synchronization license to use

1   the Composition in a motion picture.

2       17.    On or about July 26, 2006, Mr. Wixen responded to Mr. Glasser in

3   writing, offering different prices for a synchronization license for different uses.

4       18.    On or about November 28, Mr. Glasser submitted another "Urgent

5   Film Synch Request." Mr. Wixen responded with a letter sent by facsimile

6   requesting more information before he would send a new quotation. He received

7   no additional information and sent no new quotation.

8       19.    Within the past three years, defendants prepared an audiovisual work

9   entitled "Kickin It Old Skool" (the "Infringing Work") without any synchronization

10  license whatsoever, despite recognizing that plaintiffs had the rights to license the

11  use of the Composition by virtue of the fact of submitting an "Urgent Film Synch

12  Request" on two occasions.

13      20.    With respect to the Composition, the Infringing Work is a derivative

14  work, copying some of the most prominent lyrics of the Composition, including the

15  words of the refrain "Domo arigato, Mr. Roboto."

16      21.    Defendants have publicly displayed (or caused to be publicly displayed)

17  the Infringing Work in cinemas and on television. Defendants have manufactured

18  and distributed (or caused to be manufactured and distributed) copies of the

19  Infringing Work, including the copies used for public exhibition of the Infringing

20  Work in cinemas and copies—in the form of digital video discs—for home viewing.

21      22.    Based on the foregoing facts, the acts of defendants constitute

22  copyright infringement of the Composition pursuant to 17 U.S.C. § 501, in that

23  defendants have infringed upon plaintiffs' exclusive right to prepare derivative

24  works of the Composition, the right to manufacture and distribute copies

25  embodying the Composition, and the right to perform the Composition publicly.

26

27      WHEREFORE, plaintiff prays as follows:

28      1.    For an award of damages, the amount of which to be proven at trial,

Complaint for Copyright Infringement

1  according to 17 U.S.C. § 504; that is, before final judgment, plaintiff will make
2  an election of remedies pursuant to § 504(b), or § 504(c);

3      2.    For costs of suit incurred;

4      3.    For an award of attorneys' fees as part of the costs, pursuant to 17
5  U.S.C. § 505; and

6      4.    For such other and further relief as the court should deem just and
7  proper.

8  Dated: January 8, 2008                    COHEN AND COHEN

9

10                                      By: _____
11                                          S. MARTIN KELETI

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Complaint for Copyright Infringement

**FORM PA**

UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

PA   166-498

PA          PAU

EFFECTIVE DATE OF REGISTRATION

MAR 4 1983

(Month)          (Day)          (Year)

DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM PA/CON)

**① Title**

TITLE OF THIS WORK:

MR. ROBOTO

NATURE OF THIS WORK: (See instructions)

Words & Music

PREVIOUS OR ALTERNATIVE TITLES:

**② Author(s)**

IMPORTANT: Under the law, the 'author' of a 'work made for hire' is generally the employer, not the employee (see instructions). If any part of this work was made for hire, check 'yes' in the space provided, give the employer (or other person for whom the work was prepared) as 'Author'.

NAME OF AUTHOR:  Stygian Songs employer for hire of:
Dennis De Young

DATES OF BIRTH AND DEATH
Born          Died
(Year)          (Year)

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of  USA          Domiciled in  USA

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?   Yes    No  X
Pseudonymous?   Yes    No  X

AUTHOR OF:
Words & Music

If the answer to either of these questions is 'Yes', see detailed instructions attached.

NAME OF AUTHOR:

DATES OF BIRTH AND DEATH
Born          Died
(Year)          (Year)

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of          Domiciled in

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?   Yes    No
Pseudonymous?   Yes    No

AUTHOR OF:

If the answer to either of these questions is 'Yes', see detailed instructions attached.

NAME OF AUTHOR:

DATES OF BIRTH AND DEATH
Born          Died
(Year)          (Year)

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of          Domiciled in

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?   Yes    No
Pseudonymous?   Yes    No

AUTHOR OF:

If the answer to either of these questions is 'Yes', see detailed instructions attached.

DA 3 070 0057

**③ Creation and Publication**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
1982

DATE AND NATION OF FIRST PUBLICATION:
Date  JANUARY 26, 1983
Nation  UNITED STATES OF AMERICA

**④ Claimant(s)**

NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):
STYGIAN SONGS
c/o Almo Music Corp.
1416 N. LaBrea Avenue
Hollywood, CA. 90028

TRANSFER: If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.

Complete all applicable spaces (numbers 5-9) on the reverse side of this page
Follow detailed instructions attached  •  Sign the form at line 8

(Phonorecord)

DO NOT WRITE HERE
Page 1 of _____ pages

| | EXAMINED BY | APPLICATION RE... | |
|---|---|---|---|
| | CHECKED BY | 04 MAR 1983 | FOR |
| PA 166-498 | CORRESPONDENCE ☐ Yes | DEPOSIT RECEIVED 04 ..R 1983 | COPYRIGHT OFFICE USE ONLY |
| | DEPOSIT ACCOUNT FUNDS USED ☐ | REMITTANCE NUMBER, AND DATE | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM PA/CON)**

**PREVIOUS REGISTRATION:**

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?   Yes _____   No   X

- If your answer is "Yes," why is another registration being sought? (Check appropriate box)
    - ☐ This is the first published edition of a work previously registered in unpublished form
    - ☐ This is the first application submitted by this author as copyright claimant
    - ☐ This is a changed version of the work, as shown by line 6 of the application

- If your answer is "Yes," give   Previous Registration Number _____   Year of Registration _____

**⑤ Previous Registration**

**COMPILATION OR DERIVATIVE WORK:** (See instructions)

PREEXISTING MATERIAL (Identify any preexisting work or works that the work is based on or incorporates.)

MATERIAL ADDED TO THIS WORK (Give a brief general statement of the material that has been added to this work and in which copyright is claimed.)

**⑥ Compilation or Derivative Work**

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name   ALMO MUSIC CORP.

Account Number   DA 050652

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name   ALMO MUSIC CORP.

Address   1416 N. La Brea Avenue
Hollywood  CA 90028

**⑦ Fee and Correspondence**

**CERTIFICATION:** ✲ I, the undersigned, hereby certify that I am the (Check one)
☐ author ☐ other copyright claimant ☐ owner of exclusive right(s) ☒ authorized agent of   STYGIAN SONGS
(Name of author or other copyright claimant, or owner of exclusive right(s))
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Handwritten signature (X) _____

Typed or printed name   Gloria Goncher   Date   2/28/83

**⑧ Certification (Application must be signed)**

ALMO MUSIC CORP.
(Name)
1416 N. La Brea Avenue
(Number, Street and Apartment Number)
Hollywood, CA 90028
(City)   (State)   (ZIP code)

**MAIL CERTIFICATE TO**

(Certificate will be mailed in window envelope)

**⑨ Address For Return of Certificate**

● 17 U.S.C. §506(e) FALSE REPRESENTATION — Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

☆ U.S. GOVERNMENT PRINTING OFFICE 1981-341-278/11   OCTOBER 1981—100,000

**EXHIBIT A**
8

# DEMAND FOR JURY TRIAL

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, plaintiff hereby demands a jury trial.

Dated:        January 8, 2008          COHEN AND COHEN

By: _____
     S. MARTIN KELETI

Complaint for Copyright Infringement

# United States District Court
# Central District of California

| | |
|---|---|
| WIXEN MUSIC PUBLISHING, INC., a California corporation, <br><br> Plaintiff, <br><br> *v.* <br><br> TWENTIETH CENTURY FOX HOME ENTERTAINMENT LLC, a Delaware limited liability company; KIOS PRODUCTIONS, LLC, a California limited liability company; JIZZY ENTERTAINMENT, a California limited liability company; YARI FILM GROUP, LLC, a California limited liability company; YARI FILM GROUP RELEASING, LLC, a California limited liability company; BOB YARI PRODUCTIONS, a business entity of unknown form; and DOE 1 through DOE 10, inclusive, <br><br> Defendants. | CASE NUMBER <br><br> CV- <br> CV08-00112 R VBK <br><br> **S U M M O N S** |

*To the above-named defendants:*

You are hereby summoned and required to file with this court and serve upon

> Evan S. Cohen
> S. Martin Keleti
> COHEN AND COHEN

plaintiff's attorneys, whose address is:

> 740 North La Brea Avenue
> Los Angeles, California 90038-3339

an answer to the complaint which is herewith served upon you within **20** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

DATE: ___JAN - 8 2007___

CLERK, U.S. DISTRICT COURT

LA'REE HORN

By:_____

Deputy Clerk

[SEAL OF THE COURT]

S U M M O N S

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Manuel Real and the assigned discovery Magistrate Judge is Victor B. Kenton.

The case number on all documents filed with the Court should read as follows:

## CV08- 112 R (VBKx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

Unless otherwise ordered, the United States District Judge assigned to this case will hear and determine all discovery related motions.

===========================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| | | |
|---|---|---|
| [X] **Western Division**<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | [_] **Southern Division**<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | [_] **Eastern Division**<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**

CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
WIXEN MUSIC PUBLISHING, INC., a California corporation

**DEFENDANTS**
TWENTIETH CENTURY FOX HOME ENTERTAINMENT LLC, a Delaware limited liability company
(other defendants listed on attachment)

**(b)** County of Residence of First Listed Plaintiff (Except in U.S. Plaintiff Cases):
Los Angeles

County of Residence of First Listed Defendant (In U.S. Plaintiff Cases Only):

**(c)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
EVAN S. COHEN (State Bar # 119601) ecohen@manifesto.com
S. MARTIN KELETI (State Bar # 144208) keleti@manifesto.com
COHEN AND COHEN, 740 North La Brea Avenue, Los Angeles, CA 90038-3339, 323.938.5000 Tel./323/936.6354 Fax

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff   ☒ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant   ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☐ Yes ☒ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No   ☒ MONEY DEMANDED IN COMPLAINT: $ according to proof

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Declaratory relief under the Copyright Act, 17 U.S.C. 101 et seq.

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 530 General | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | ☐ 610 Agriculture | ☒ 820 Copyrights |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities /Exchange | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 190 Other Contract | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | | SOCIAL SECURITY |
| ☐ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 196 Franchise | | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | REAL PROPERTY | | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | | ☐ 440 Other Civil Rights | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | | | | FEDERAL TAX SUITS |
| ☐ 900 Appeal of Fee Determin-ation Under Equal Access to Justice | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

**VIII(a). IDENTICAL CASES:** Has this action been previously filed and dismissed, remanded or closed? ☒ No  ☐ Yes
If yes, list case number(s):

FOR OFFICE USE ONLY:   Case Number:

CV-71 (07/05)

CIVIL COVER SHEET

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET
AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

VIII(b). RELATED CASES: Have any cases been previously filed that are related to the present case? ☑No   ☐ Yes

If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply)   ☐ A.   Arise from the same or closely related transactions, happenings, or events; or
                               ☐ B.   Call for determination of the same or substantially related or similar questions of law and fact; or
                               ☐ C.   For other reasons would entail substantial duplication of labor if heard by different judges; or
                               ☐ D.   Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

IX. VENUE: List the California County, or State if other than California, in which EACH named plaintiff resides (Use an additional sheet if necessary)
☐ Check here if the U.S. government, its agencies or employees is a named plaintiff.
      Los Angeles County

List the California County, or State if other than California, in which EACH named defendant resides.  (Use an additional sheet if necessary)
☐ Check here if the U.S. government, its agencies or employees is a named defendant.
      Los Angeles County

List the California County, or  State if other than California, in which EACH claim arose.  (Use an additional sheet if necessary)
Note: In land condemnation cases, use the location of the tract of land involved.
      Los Angeles County

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____   Date _____ January 8, 2008

Notice to Counsel/Parties:  The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law.  This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet.  (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program.  (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability.  (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended.  (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended.  (42 U.S.C. (g)) |

Attachment to Civil Cover Sheet

DEFENDANTS (continued)

KIOS PRODUCTIONS, LLC, a California limited liability company;
JIZZY ENTERTAINMENT, a California limited liability company;
YARI FILM GROUP, LLC, a California limited liability company;
YARI FILM GROUP RELEASING, LLC, a California limited liability company;
BOB YARI PRODUCTIONS, a business entity of unknown form; and DOE 1 through
DOE 10, inclusive