# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES - GENERAL

**CASE NO.: CV-08-112-R**                                                           **Date: JULY 7, 2008**

**TITLE: WIXEN MUSIC PUBLISHING INC V. 20TH CENTURY FOX HOME ENTERTAINMENT LLC et al**

=====================================================================

**PRESENT:**

### HON. MANUEL L. REAL, JUDGE

| | |
|---|---|
| **William Horrell** | **Sheri Kleeger** |
| **Deputy Clerk** | **Court Reporter** |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**             **ATTORNEYS PRESENT FOR DEFENDANTS:**

S Martin Keleti                                                                  Lincoln Bandlow


**PROCEEDINGS:** Defendants' Motion to Dismiss 2nd Amended Complaint pursuant to FRCP 12(b)(6)


The Court GRANTS defendants' motion with prejudice, as stated on the record.

Defendants shall submit a proposed order.



2 min

**MINUTES FORM 90**                                                        **Initials of Deputy Clerk   WH**
**CIVIL -- GEN**