**ENTER   JS 6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WIXEN MUSIC PUBLISHING, INC., a California corporation<br><br>    Plaintiff,<br><br>    v.<br><br>TWENTIETH CENTURY FOX HOME ENTERTAINMENT LLC, a Delaware limited liability company; KIOS PRODUCTIONS, LLC, a California limited liability company; JIZZY ENTERTAINMENT, a California limited liability company; YARI FILM GROUP, LLC, a California limited liability company; YARI FILM GROUP RELEASING, LLC, a California limited liability company; BOB YARI PRODUCTIONS, a business entity of unknown form; and DOES 1 through 10 inclusive,<br><br>    Defendants. | CASE NO. CV 08-00112<br><br>**[PROPOSED] ORDER ON DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT** |

SSAB LLP

1  On July 7, 2008, the Court held a hearing on the Motion to Dismiss Plaintiff's Second Amended Complaint that was filed by Defendants TWENTIETH CENTURY FOX HOME ENTERTAINMENT LLC, KIOS PRODUCTIONS, LLC, JIZZY ENTERTAINMENT, YARI FILM GROUP, LLC, YARI FILM GROUP RELEASING, LLC and BOB YARI PRODUCTIONS ("Defendants").  S. Martin Keleti of Cohen and Cohen appeared on behalf of Plaintiff WIXEN MUSIC PUBLISHING, INC. ("Plaintiff") and Lincoln D. Bandlow of Spillane Shaeffer Aronoff Bandlow LLP appeared on behalf of Defendants.  After reviewing the moving and opposition papers and good cause appearing therefore, the Court finds as follows:

    1.    Plaintiff's claim for copyright infringement fails to state a claim upon which relief can be granted because Defendant's use was *de minimis* and therefore Plaintiff cannot make a prima facie showing of copyright infringement.

    2.    Plaintiff's claim for copyright infringement fails to state a claim upon which relief can be granted because it is barred, as a matter of law, by the fair use doctrine, 17 U.S.C. §107.

    3.    Plaintiff lacks standing to bring a copyright infringement claim because Plaintiff is not the legal or beneficial owner of the copyrighted material alleged to have been infringed.  17 U.S.C. § 501(b).

Accordingly, the Court grants Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint and **the Second Amended Complaint is dismissed with prejudice**.  Pursuant to 17 U.S.C. § 505, Defendants are deemed the "prevailing party" and the Court will retain jurisdiction over this matter for the purpose of ruling on a motion for attorneys' fees and costs to be filed by Defendants.

**IT IS SO ORDERED.**

DATED: July 07, 2008

_____
THE HONORABLE MANUAL L. REAL
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

1  Respectfully Submitted By:

2  SPILLANE SHAEFFER
     ARONOFF BANDLOW LLP
3  Lincoln D. Bandlow (SBN 170449)
   lbandlow@ssablaw.com
4  1880 Century Park East, Suite 1004
   Los Angeles, CA 90067-2627
5  Telephone: (310) 229-9300
   Fax: (310) 229-9380

6

7  Dated:   July 7, 2008                    SPILLANE SHAEFFER ARONOFF BANDLOW LLP

8

9                                           By: _____
10                                                  Lincoln D. Bandlow

11                                           Attorneys for Defendants
                                             Twentieth Century Fox Home Entertainment
12                                           LLC, KIOS Productions, LLC, Jizzy
                                             Entertainment, Yari Film Group, LLC, Yari
13                                           Film Group Releasing, LLC and Bob Yari
                                             Productions

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28